CSD 1100 [05/01/23] Page 1 of 3

Name, Address, Telephone No. & I.D. No.

**Jeffrey D. Larkin** 228684
**5927 Balfour Ct., Ste. 202**
**Carlsbad, CA 92008**
**760-316-6050**
**228684 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Ronald Alan Skolnik**
**Sarah Elizabeth Marien-Skolnik**

BANKRUPTCY NO. **23-03725-MM7**

Debtor.

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- [x] Schedule A/B: Property (Form 106A/B & 206A/B)
- [x] Schedule C: The Property You Claim as Exempt (Form 106C)
- [ ] Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$32.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- [ ] Schedule H: Your Co-Debtor (Form 106H)
- [ ] Schedule I: Your Income (Form 106I)
- [ ] Schedule J: Your Expenses (Form 106J)
- [ ] Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- [ ] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- [ ] Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- [ ] Chapter 7 Means Test Calculation (Form 122A-2)
- [ ] Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- [ ] Other:

Dated: **January 4, 2024**

Signature   **/s/ Jeffrey D. Larkin**
Attorney for Debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CSD 1100 [05/01/23] Page 2 of 3

# DECLARATION OF DEBTOR

I [We] __Ronald Alan Skolnik__ and __Sarah Elizabeth Marien-Skolnik__, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: **January 4, 2024**   /s/ Ronald Alan Skolnik   /s/ Sarah Elizabeth Marien-Skolnik
                             *Debtor                    *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __1/9/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☑ Chapter 7 Trustee: **Leslie T. Gladstone:** candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com; janetg@flgsd.com

   ☑ For Chpt. 7, 11, & 12 cases:          ☐ For Chapter 13 cases assigned to:        ☐ For Chapter 13 cases assigned to:
   UNITED STATES TRUSTEE                    THOMAS H. BILLINGSLEA, JR., TRUSTEE        MICHAEL KOCH, TRUSTEE
   ustp.region15@usdoj.gov                  Billingslea@thb.coxatwork.com              mkoch@ch13.sdcoxmail.com

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CSD 1100 [05/01/23] Page 3 of 3

2. **Served by United States Mail:**

   On _____, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    **January 9, 2024**
                      (Date)

/s/ Jeffrey D. Larkin
Jeffrey D. Larkin 228684
The Larkin Law Firm
5927 Balfour Ct., Ste. 202
Carlsbad, CA 92008
Address

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1  Ronald Alan Skolnik
Debtor 2  Sarah Elizabeth Marien-Skolnik                    Case number (if known) 23-03725-MM7

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................  $126,650.99

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe.....

41. **Inventory**
    ☐ No
    ☑ Yes. Describe.....

    Misc. Inventory ($2,000)

    Approx. 40 Exogen Ultrasound Bone stimulators (Approx. value $200 each, $8,000 total)

    **"ADDED"**

    $10,000.00

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ☑ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☑ No
        ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ☐ No
    ☑ Yes. Give specific information.........

Official Form 106A/B                    Schedule A/B: Property                         page 6

**"AMENDED"**

| Debtor 1 | Ronald Alan Skolnik |
|---|---|
| Debtor 2 | Sarah Elizabeth Marien-Skolnik |

Case number (if known): 23-03725-MM7

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own — Copy the value from Schedule A/B | Amount of the exemption you claim — Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Paypal:** PayPal Account- Debtor uses to transfer funds between friends and it carries a nominal balance of $500 or less at any given time.<br>Line from *Schedule A/B*: **17.9** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(5), 703.150 |
| **Retirement:** Justworks Retirement Plan<br>Line from *Schedule A/B*: **21.1** | $8,992.58 | ☑ $8,992.58<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **401(k):** Forcepoint 401k Account<br>Line from *Schedule A/B*: **21.2** | $73,102.13 | ☑ $73,102.13<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **IRA:** Charles Schwab IRA<br>Line from *Schedule A/B*: **21.3** | $26,445.99 | ☑ $26,445.99<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Rental deposit:** Landlord Deposit<br>Line from *Schedule A/B*: **22.1** | $3,495.00 | ☑ $3,495.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(5), 703.150 |
| **Misc. Inventory ($2,000)**<br>**Approx. 40 Exogen Ultrasound Bone stimulators (Approx. value $200 each, $8,000 total)** "ADDED"<br>Line from *Schedule A/B*: **41.1** | $10,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 703.140(b)(5), 703.150 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 3 of 3

"AMENDED"